IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-22060

ARKEYVEYIA BENT,

    Plaintiff,

v.

FT. LAUDERDALE HOSPITALITY,
INC. d/b/a RED CARPET INN,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, FT. LAUDERDALE HOSPITALITY, INC. d/b/a RED CARPET INN, by and through undersigned counsel, hereby gives this notice of removal of this action from the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, by filing this, its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and states as follows:

**I.  STATEMENT OF THE CASE**

1. On February 28, 2019, Plaintiff, Arkeyveyia Bent filed a Complaint against Defendant in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The action is styled *Arkeyveyia Bent v. Ft. Lauderdale Hospitality, Inc. d/b/a Red Carpet Inn*, and is designated Case No.: 2019-006550-CA-01 (02) (the "State Action"). This Complaint alleges Plaintiff was entitled to relief under "Title VII, of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. and amendments thereto (which includes the Pregnancy Discrimination Act of 1978)." The Complaint also alleges that Plaintiff is entitled to relief under "Chapter 760, Florida Civil Rights Act." The one count Complaint is attached hereto as **Exhibit "A."**

**II.     GROUNDS FOR REMOVAL**

2. This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 because the Complaint asserts claims arising under federal law.

3. The Complaint on its face raises claims expressly under Title VII of the Civil Rights Act, and the Pregnancy Discrimination Act, which are federal law. Therefore, the Complaint asserts claims arising under federal law and it is removable on that basis. 28. U.S.C. §§ 1331 1441(a).

4. This Court has supplemental jurisdiction over the non-federal claims in Plaintiff's Complaint pursuant to 28 U.S.C. § 1367(a) because those claims are based on the same factual allegations against the same Defendant and are so related to the claims arising under federal law that they form part of the same case or controversy under Article II of the United States Constitution.

5. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. *See* 28 U.S.C. § 1446(a).

**III.    CONSENT OF OTHER DEFENDANTS**

6. There are no other defendants who would need to join in or consent to this Notice of Removal

**IV.    TIMELINESS OF REMOVAL**

7. Defendant was not served with a copy of the Complaint, however, on May 17, 2019, Plaintiff requested Defendant waive service of process pursuant to Rule 1.070, Fla. R. Civ. P.

8. A copy of the waiver of service, is attached hereto as **Exhibit "B."**

9. Therefore, this Notice of Removal is timely filed pursuant to 28. U.S.C. § 1446(b).

## V. ATTACHMENT OF STATE COURT DOCUMENTS

10. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the State Action are attached hereto as **Exhibit "C,"** notwithstanding that prior to May 17, 2019, Defendant was never served with the State Action's Civil Cover and the Complaint and was never provided a copy of same by Plaintiff's counsel.

## VI. NOTICE OF REMOVAL GIVEN TO STATE COURT

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

\*   \*   \*

**WHEREFORE**, Defendant FT. LAUDERDALE HOSPITALITY, INC. d/b/a RED CARPET INN, respectfully requests this Honorable Court to: (1) remove this action from the Circuit Court; (2) exercise jurisdiction over this matter as provided by law; and (3) place the action on the docket of this Court for further proceedings, the same as if this action had originally been filed with this Court.

Respectfully submitted,

By: */s/ Daniel E. Davis*
　　Evelyn M. Greenstone, Esq.
　　Florida Bar No. 0044060
　　Daniel E. Davis, Esq.
　　Florida Bar No. 0104970

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Vernis & Bowling of Miami, P.A.**
1680 N.E. 135th Street
Miami, FL 33181
Tel:   305-895-3035
Fax:   305-892-1260

By: */s/ Daniel E. Davis*
Evelyn Greenstone Kammet, Esq.
Florida Bar No. 0083370
egreenstone@florida-law.com
egkfiling@florida-law.com
Daniel E. Davis, Esq.
Florida Bar No. 0104970
ddavis@florida-law.com

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
agp@rgpattorneys.com
pn@rgpattorneys.com
agpassistant@rgpattorneys.com
*Via electronic mail*